# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1554
_____

ALLAN KOEDITZ,

  Petitioner,

  v.

SECOND HARVEST FOOD
BANK/ASSOCIATED INDUSTRIES,

  Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

September 26, 2018

PER CURIAM.

  DENIED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Wayne Johnson of DeCiccio & Johnson, Maitland, for Petitioner.

Rayford H. Taylor of Hall Booth Smith, P.C., Atlanta, for Respondents.